**Mrs. Bertha SMITH, Widow of Felix Jourdon, Plaintiff · and Appellant, v. Peter ROUECHE, Defendant and Appellee.**[*]

No. 14608.

Court of Appeal of Louisiana. Orleans.

March 26, 1934.

Habans & Coleman and A. I. Kleinfeldt, all of New Orleans, for appellant.

Wm. H. Talbot, of New Orleans, for appellee.

JANVIER, Judge.

Plaintiff was a guest passenger in the automobile of Peter Roueche at the time of the occurrence of the accident which we have discussed in the matter of Mrs. Camille Smith v. Peter Roueche (La. App.) 153 So. 487, decided by us to-day.

In the Smith Case we reached the conclusion that defendant was in no way at fault and that the accident resulted from the condition of the roadway, and that defendant could not have anticipated such a condition.

In the lower court judgment was rendered dismissing plaintiff's suit.

For the reasons given in Smith v. Roueche the judgment appealed from is affirmed.

Affirmed.

**Olympe SMITH, Plaintiff and Appellant, v. Peter ROUECHE, Defendant and Appellee.**[*]

No. 14608.

Court of Appeal of Louisiana. Orleans.

March 26, 1934.

Habans & Coleman and A. I. Kleinfeldt, all of New Orleans, for appellant.

Wm. H. Talbot, of New Orleans, for appellee.

JANVIER, Judge.

Plaintiff was a guest passenger in the automobile of Peter Roueche at the time of the occurrence of the accident which we have discussed in the matter of Mrs. Camille Smith v. Peter Roueche (La. App.) 153 So. 487, decided by us to-day.

In the Smith Case we reached the conclusion that defendant was in no way at fault and that the accident resulted from the condition of the roadway and that defendant could not have anticipated such a condition.

In the lower court judgment was rendered dismissing plaintiff's suit.

For the reasons given in Smith v. Roueche, the judgment appealed from is affirmed.

Affirmed.

**FOWLER v. MONTELEONE.** [*]

No. 14834.

Court of Appeal of Louisiana. Orleans.

March 12, 1934.

